UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

UNITED STATES OF AMERICA,                                    PLAINTIFF,

VS.                      Criminal Action No.: 5:11-cr-46-R

PENNY JONES,                                                         DEFENDANT.

### NOTICE OF ENTRY OF APPEARANCE

        I, Richard Boling, hereby enter my appearance of record on behalf of the Defendant, Penny Jones. I certify that I am admitted to practice in this Court.

December 14, 2011                                     /s/Richard Boling
                                                                                    Richard Boling
                                                                                     Attorney at Law
                                                                                     P. O. Box 82
                                                                                     Hopkinsville, KY 42241-0082
                                                                                     Telephone Number: 270-885-6885
                                                                                     Fax Number: 270-885-6886